IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN JOSHUA DINKLE, <br> AIS #309785, <br><br> Plaintiff, <br><br> v. <br><br> KAY IVEY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:19-CV-1052-WHA <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On May 18, 2020, the Magistrate Judge entered a Recommendation (Doc. #16) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 17th day of June, 2020.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE